767

In the Matter of DASHAWN W. and Others, Children Alleged to be Abused. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ANTOINE N., Appellant, et al., Respondent.

Submitted November 22, 2010; decided February 17, 2011

Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).

In the Matter of the Arbitration between JOHNSON CITY PROFESSIONAL FIREFIGHTERS LOCAL 921 et al., Respondents, and VILLAGE OF JOHNSON CITY, Appellant. (And Another Proceeding.)

Submitted February 14, 2011; decided February 17, 2011

Motion by Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

GILBERT LAU, Appellant, v S&M ENTERPRISES et al., Respondents.

Submitted January 3, 2011; decided February 17, 2011

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion for disqualification of respondents' counsel, dismissed upon the ground that such part of the Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.